NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ROBERT M. LAUGHLIN,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2016-1627

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-01158-CFL, Judge Charles F. Lettow.

---

## JUDGMENT

---

ERIC SEBASTIAN MONTALVO, The Federal Practice Group Worldwide Service, Washington, DC, argued for plaintiff-appellant.

DEVIN ANDREW WOLAK, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., DEBORAH A. BYNUM; PETER MARX, Gen-

eral Litigation Division, United States Department of the Navy, Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, CLEVENGER, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

December 12, 2016          /s/ Peter R. Marksteiner
        Date                    Peter R. Marksteiner
                                Clerk of Court